# RECONSIDERATION DOCKET

**00–1249.   State v. Ward.**
Marion App. No. 9200040. Reported at 90 Ohio St.3d 1438, 736 N.E.2d 901. On motion for reconsideration. Motion denied.

**00–1367.   McGregor v. Hanson.**
Geauga App. No. 99–G–2228. Reported at 90 Ohio St.3d 1443, 736 N.E.2d 904. On motion for reconsideration. Motion denied.
   PFEIFER, J., dissents.

**00–1370.   Murin v. Jeep Eagle Corp.**
Lucas App. No. L–99–1346. Reported at 90 Ohio St.3d 1440, 736 N.E.2d 902. On motion for reconsideration. Motion denied.

**00–1377.   In re Brodman.**
Wyandot App. No. 16200007. Reported at 90 Ohio St.3d 1440, 736 N.E.2d 902. On motion for reconsideration. Motion denied.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1473.   State ex rel. Gunnell v. Bowman.**
In Mandamus. Reported at 90 Ohio St.3d 1438, 736 N.E.2d 901. On motion for reconsideration. Motion denied.

**00–1539.   Miller v. Ohio Bur. of Emp. Serv.**
Butler App. No. CA99–11–189. Reported at 90 Ohio St.3d 1450, 737 N.E.2d 54. On motion for reconsideration. Motion denied.

**00–1844.   State ex rel. Streicher v. Ruehlman.**
In Prohibition. Reported at 90 Ohio St.3d 1446, 737 N.E.2d 51. On motion for reconsideration. Motion denied.
   DOUGLAS, J., dissents.